# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. JOSE ROLDAN                                    Docket No. 3:00CR00186(RNC)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Xenia T. Gray, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JOSE ROLDAN who was sentenced to 18 months' imprisonment, consecutive to the state sentence, for a violation of 18 U.S.C. §§ 1344(1) and (2), Bank Fraud, by the Honorable Robert N. Chatigny, Chief U.S. District Judge sitting in the court at Hartford on July 24, 2001, who fixed the period of supervision at four years which commenced on March 14, 2003, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: (1) The defendant shall pay restitution in the amount of $75,123.49 to Fleet Bank and $350.01 to Glastonbury Bank and Trust to be paid at the rate of $100 per month; and (2) The defendant shall participate in a program of substance abuse monitoring, counseling and treatment as directed by the probation office; the defendant will pay all, or a portion of, the costs associated with any such treatment, based on his ability to pay, in an amount to be determined by the United States Probation Office.

On August 4, 2004, the defendant appeared for a violation hearing and admitted to violating seven conditions of his supervised release. The defendant's term of supervised release was revoked and he was sentenced to a term of incarceration for 12 months and 1 day followed by three years of supervised release. The following additional special conditions were imposed: (1) The defendant will serve the first six months of his term of supervised release confined at his home with electronic monitoring at the Government's expense; the defendant will be allowed to leave his home to work, obtain medical attention, attend religious services, and for other reasons specifically authorized in advance by the Probation Office;
* Continued on page 2

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

<u>Charge No. 1 - Mandatory Condition: "While on supervised release, you shall not commit another federal, state or local crime. You shall not illegally possess a controlled substance."</u>

On August 16, 2006, the defendant was arrested by the Hartford Police Department and charged with Carrying a Pistol Without a Permit, Weapons in a Vehicle (2 counts) and Criminal Possession of a Firearm. Mr. Roldan is currently detained at the MacDougall - Walker Correctional Facility on a $1,500,000 bond. According to the police report, the defendant was operating a motor vehicle that carried three other males. When the arresting officers observed the occupants' suspicious behavior, the vehicle was pulled over and found to have two weapons including a Smith and Wesson .38 caliber and a Smith and Wesson .45 caliber on the rear floor. Additionally, one of the occupants was wearing a full knit ski mask on his head when he was removed from the car. A black bandana, half-finger gloves and a nylon half-face mask were also confiscated from the vehicle. (See attached report). The defendant's next court date is scheduled for October 25, 2006.
** Continued on Page 2

**PRAYING THAT THE COURT WILL ORDER** a warrant be issued to be lodged as a detainer with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 26th day of September 2006 and ordered filed and made a part of the records in the above case.

The Honorable Robert N. Chatigny
Chief United States District Judge

Sworn to By

Xenia T. Gray, U.S. Probation Officer

Place Hartford, CT

Date 9/26/06

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this 26 day of September 2006, U.S. Probation Officer Xenia T. Gray appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Robert N. Chatigny
Chief United States District Judge

* (2) The defendant will participate in a program of mental health evaluation, counseling and treatment under the direction of the Probation Office; the defendant will pay all, or a portion of, the costs associated with his participation in these programs based on his ability to pay, in an amount to be determined by the Probation Office; (3) The defendant will not incur new credit charges or open new lines of credit without the permission of the Probation Office; (4) The defendant will provide the Probation Office with access to any requested financial information; and (5) The defendant will seek and maintain full time employment or vocational training. Upon release from custody, the defendant's term of supervised release commenced on March 15, 2005.

**

<u>Charge No.2 - Mandatory Condition: "You shall not possess a firearm as defined in 18 U.S.C. § 921."</u>

On August 16, 2006, in Hartford, Connecticut, Jose Roldan operated a motor vehicle with full knowledge that a firearm was in it. In a statement documented in the police report, the defendant reported that one of his accomplices showed Mr. Roldan the .357 firearm. Mr. Roldan grabbed the weapon, looked at it and asked his accomplice why he brought the gun with him. The accomplice told him that he brought the gun along just in case anything happened.

<u>Charge No. 3 - Standard Condition: "You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer."</u>

On August 16, 2006, in Hartford, Connecticut, the defendant was arrested with Jeorge Armando Diaz and Emilio Mendez, both of whom have lengthy felony arrest records with offenses that include robbery, larceny, burglary and possession of narcotics. The defendant associated with these individuals without permission from the U.S. Probation Officer.