AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number: 3:00-CR-186

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jose Roldan

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/24/2007 | *[signature]* |
| Date | Signature |
| | Sebastian O. DeSantis                    ct20116 |
| | Print Name                                Bar Number |
| | P.O. Drawer 191, 247 Shaw Street |
| | Address |
| | New London          CT           06320 |
| | City                State          Zip Code |
| | (860) 444-0144        (860) 443-0003 |
| | Phone Number          Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2007, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          _____/s/_____
                                                          Sebastian O. DeSantis