**CRIMINAL NO. 3:00CR186(RNC)**

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, ROBINSON CORRECTIONAL INSTITUTION, 285 SHAKER ROAD, ENFIELD, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **JOSE ROLDAN** ( DOB: 7/13/78; Inmate #271623) is now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **JOSE ROLDAN** before the United States District Court, District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, before the Honorable Donna F. Martinez, United States Magistrate Judge, on **Thursday, May 3, 2007 at 2:00 P.M.**, or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said **JOSE ROLDAN** for violations of Title 18, United States Code, Section 3583 and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return said **JOSE ROLDAN** to the Warden, Robinson Correctional Institution, 285 Shaker Road, Enfield, Connecticut, under safe and secure conduct.

KEVIN F. ROWE
The foregoing Writ is        CLERK, U. S. DISTRICT COURT
hereby allowed. Dated
at Hartford,
Connecticut, this \_\_\_\_\_       _____
day of April, 2007.          DEPUTY CLERK

_____
HON. ROBERT N. CHATIGNY
CHIEF UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIM. NO. 3:00CR186(RNC) |
| JOSE ROLDAN | : April 27, 2007 |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Brian P. Leaming, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On **Thursday, May 3, 2007, at 2:00 P.M.**, there will come before this Court, at 450 Main Street, Hartford, Connecticut, the criminal case of United States of America v. Jose Roldan, Criminal No. 3:00CR186(RNC).

2. That the above-named defendant, **JOSE ROLDAN**, (DOB: 7/13/78, Inmate #271623) is charged with violations of Title 18, United States Code, Section 3583.

3. That the said **JOSE ROLDAN** is now confined at the Robinson Correctional Institution, 285 Shaker Road, Enfield, Connecticut.

That the said defendant should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Robinson Correctional Institution, 285 Shaker Road, Enfield, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said **JOSE ROLDAN** at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

        UNITED STATES OF AMERICA

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        /s/
By:    GEOFFREY M. STONE
        ASSISTANT UNITED STATES ATTORNEY
        FEDERAL BAR NO. ct25326
For:   DAVID A. RING
        ASSISTANT UNITED STATES ATTORNEY
        450 MAIN STREET, ROOM 328
        HARTFORD, CT 06103
        TEL. (860) 947-1101
        FEDERAL BAR NO. ct14362

STATE OF CONNECTICUT           :
                               : ss: Hartford, Connecticut
                               :    April ____ 2007
COUNTY OF HARTFORD             :


    Personally appeared before me Geoffrey M. Stone, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.


                                _____
                                Bernadette Ellis
                                Notary Public
                                My Commission expires _____