UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V. : | CASE NO. 3:00-CR-186(RNC) |
| : | |
| JOSE R. ROLDAN : | |

ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE

On July 24, 2001, this Court sentenced the defendant for bank fraud to a term of incarceration of 18 months, to be followed by supervised release for a term of 4 years subject to certain conditions.

Following a hearing on August 4, 2004, the Court revoked the defendant's term of supervised release and sentenced him to incarceration for 12 months and 1 day followed by supervised release for 3 years subject to certain conditions.

On May 2, 2007, the defendant appeared with counsel for a hearing to determine if his supervised release should be revoked based on his violation of various conditions, as alleged in a petition filed by the Probation Office on September 26, 2006. At the hearing, the defendant admitted the alleged violations. Based on the entire record, the Court found that the defendant had violated the conditions of his supervised release by associating with convicted felons without permission and by possessing a firearm in a motor vehicle.

Accordingly, the defendant's term of supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons to be imprisoned for a term of 18 months. The Court recommends to the Bureau of Prisons that the defendant participate in the Inmate Financial Responsibility Program. Upon release from custody, the defendant will be on supervised release for a term of 18 months, subject to all applicable mandatory and standard conditions of supervised release, together with the following special conditions: (1) the defendant will pay restitution in the amount of $75,123.49 for the benefit of Fleet Bank and $350.51 for the benefit of Glastonbury Bank and Trust, jointly and severally with his co-defendant Kisasi Green. Restitution payments will be made to the Clerk, U.S. District Court, at a rate of $100 per month. Interest on the restitution is waived; and (2) the defendant will participate in a program of substance abuse monitoring, counseling, and treatment under the direction of the United States Probation Office; the defendant will pay all, or part of, the costs associated with any such treatment based on his ability to pay, in an amount to be determined by the Probation Office.

So ordered.

Dated at Hartford, Connecticut this 8th day of May 2007.

                              ____/s/_____
                                  Robert N. Chatigny
                              United States District Judge